UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ARANTZA CASTRO,                                    CASE NO.: 1:23-cv-24193-KMM
Plaintiff,

vs.

MONCLER USA, INC.

a Foreign for Profit Corporation


       Defendant,
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, ARANTZA CASTRO by and through his undersigned counsel, hereby files this Notice
of Voluntary Dismissal dismissing his action against Defendant.


                                    **Respectfully Submitted,**

                                    **MENDEZ LAW OFFICES, PLLC**
                                    Attorney for Plaintiff
                                    P.O. BOX 228630
                                    Miami, Florida 33222
                                    Telephone: 305.264.9090
                                    Facsimile:  305.809.8474
                                    Email:info@mendezlawoffices.com
                                    By: /s/ Diego German Mendez
                                    DIEGO GERMAN MENDEZ, ESQ.
                                    FL BAR NO.: 52748


                         ###